No. 87–5235. WILLIAMS v. CITY OF WASHINGTON, D. C., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–5236. THOMAS v. WARDEN, MARYLAND HOUSE OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 87–5237. WARREN v. WYOMING, MICHIGAN, POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5238. SMITH v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 87–5239. RAITPORT v. EVERSHINE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–5240. HOFFLER v. A & H GARCIA TRASH HAULING, INC. Ct. App. D. C. Certiorari denied.

No. 87–5242. VAN SANT v. HUDSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5243. MORGAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–5245. GENTRY v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–5249. WALKER v. LEAK, DIRECTOR, DEPARTMENT OF CORRECTIONS, COOK COUNTY, ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 87–5250. SWEENEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5252. JOHNSON v. CHANDLER, MAYOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5253. ABAYOMI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5254. ALLAH v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.